# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER HODGES,** | : | No. 1:12-CV-1848 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Carlson) |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 31st day of July, 2014, for the reasons set forth in the accompanying memorandum opinion, the Court having found that the Administrative Law Judge's decision to deny the Plaintiff's claim for disability benefits was not supported by substantial evidence, IT IS HEREBY ORDERED THAT the Commissioner's decision denying the Plaintiff's application for Social Security disability benefits is VACATED and this matter is REMANDED to the Commissioner to reconsider the Plaintiff's claims in accordance with this decision.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge